**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50467 |
| Plaintiff - Appellee, | D.C. No. 5:09-cr-00086-VAP |
| v. | |
| ALVARO ZEPEDA-ARCE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, N.R. SMITH, Circuit Judges.

Alvaro Zepeda-Arce appeals from his guilty-plea conviction and 37-month

sentence for illegal reentry by an alien following deportation, in violation of 8

U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Zepeda-

Arce's counsel has filed a brief stating there are no grounds for relief, along with a

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

In accordance with *United States v. Rivera-Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b)(2). *See United States v. Herrera-Blanco,* 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

Counsel's motion to withdraw is **GRANTED,** the district court's judgment is **AFFIRMED,** and the case is **REMANDED** with instructions to correct the judgment.